[No. 30735-5-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN
DOUGLAS ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00418-4, Sally Phillips Pasette, J., entered
December 2, 1991. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Kennedy, JJ. Now
published at 77 Wn. App. 50.

[No. 32735-6-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN M.
SWENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07041-0, Joan E. DuBuque, J., entered
April 29, 1993. *Remanded* by unpublished opinion per
Coleman, J., concurred in by Baker, A.C.J., and Grosse, J.

[No. 28109-7-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J.
ROWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 90-1-00034-1, Gerald L. Knight, J., en-
tered March 21, 1991. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker, A.C.J., and Grosse, J.

[No. 33483-2-I.    Division One.    January 17, 1995.]

JAMES F. WARD, ET AL, *Respondents*, v. PRECISION
LABORATORY PLASTICS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 91-2-02563-9, James H. Allendoerfer, J.,
entered September 24, 1993. *Reversed* by unpublished opin-
ion per Coleman, J., concurred in by Baker, A.C.J., and
Grosse, J.